# SEALED

1   JASON M. FRIERSON
    United States Attorney
2   District of Nevada
    Nevada Bar Number 7709
3   ALLISON REESE
    Nevada Bar Number 13977
4   Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
5   Las Vegas, Nevada 89101
    Tel: (702) 388-6336
6   Email: allison.reese@usdoj.gov
    *Attorneys for the United States of America*

7

8                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**

9   | IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00541-DJA |
10  |  | **Government's Motion to Unseal Case** |
11  | PREMISES KNOWN AS 1872 FALCON RIDGE ST, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA (SUBJECT PREMISES 1, ATTACHMENT A-1) |  |
12  
13  

14  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00542-DJA |
    |  | **Government's Motion to Unseal Case** |
15  | THE PERSON OF MATTHEW KONARAKE ABRAHAMIAN, DATE OF BIRTH OF FEBRUARY 20, 1976 (SUBJECT PERSON 1, ATTACHMENT A-2) |  |
16  
17  

18  | IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00543-DJA |
19  |  | **Government's Motion to Unseal Case** |
20  | A BLACK CHEVROLET TAHOE BEARING NEVADA LICENSE PLATE # 331S78 AND/OR VIN # 1GNSCBE05BR127143 (SUBJECT VEHICLE 1, ATTACHMENT A-3) |  |
21  
22  

23

24

1

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>A GRAY NISSAN SEDAN BEARING CALIFORNIA LICENSE PLATE # 7ERM995 AND/OR VIN # 1N4AL3APXEC197408 (SUBJECT VEHICLE 2, ATTACHMENT A-4) | Case No. 2:22-mj-00544-DJA<br><br>**Government's Motion to Unseal Case** |
| IN THE MATTER OF THE SEARCH OF:<br><br>A ONEPLUS NORD N200 5G, IMEI 990017699153066 AND/OR CELLULAR DEVICE(S) ASSOCIATED WITH IMSI 310260137722239 AND/OR PHONE NUMBER 818-640-3303 (SUBJECT CELLULAR TELEPHONE, ATTACHMENT A-5) | Case No. 2:22-mj-00545-DJA<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrants filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:22-mj-00549-BNW.

DATED:  July 12, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/  Allison Reese*

ALLISON REESE
Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| 3 IN THE MATTER OF THE SEARCH OF:<br><br>4<br>PREMISES KNOWN AS 1872 FALCON<br>5 RIDGE ST, LAS VEGAS, COUNTY OF<br>CLARK, STATE OF NEVADA<br>6 (SUBJECT PREMISES 1,<br>ATTACHMENT A-1)<br>7 | Case No. 2:22-mj-00541-DJA<br><br>**Order to Unseal Case** |

IN THE MATTER OF THE SEARCH
OF:

8
THE PERSON OF MATTHEW
9 KONARAKE ABRAHAMIAN, DATE
OF BIRTH OF FEBRUARY 20, 1976
10 (SUBJECT PERSON 1, ATTACHMENT
A-2)
11

Case No. 2:22-mj-00542-DJA

**Order to Unseal Case**

12 IN THE MATTER OF THE SEARCH
OF:
13
A BLACK CHEVROLET TAHOE
14 BEARING NEVADA LICENSE PLATE
# 331S78 AND/OR VIN
15 # 1GNSCBE05BR127143 (SUBJECT
VEHICLE 1, ATTACHMENT A-3)
16

Case No. 2:22-mj-00543-DJA

**Order to Unseal Case**

IN THE MATTER OF THE SEARCH
17 OF:

18 A GRAY NISSAN SEDAN BEARING
CALIFORNIA LICENSE PLATE
19 # 7ERM995 AND/OR VIN
# 1N4AL3APXEC197408 (SUBJECT
20 VEHICLE 2, ATTACHMENT A-4)

Case No. 2:22-mj-00544-DJA

**Order to Unseal Case**

21

22

23

24

3

1 | IN THE MATTER OF THE SEARCH OF: | Case No. 2:22-mj-00545-DJA

2 | | **Order to Unseal Case**

3 | A ONEPLUS NORD N200 5G, IMEI 990017699153066 AND/OR CELLULAR DEVICE(S) ASSOCIATED WITH IMSI

4 | 310260137722239 AND/OR PHONE NUMBER 818-640-3303 (SUBJECT

5 | CELLULAR TELEPHONE, ATTACHMENT A-5)

6

7   Based on the Motion of the Government, and good cause appearing therefore,

8 IT IS HEREBY ORDERED that the instant cases shall be unsealed.

9

10   **DATED** this 14th day of July, 2022.

11

12   _____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

4